UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

OGLALA SIOUX TRIBE,            )
                               )
        Petitioner,            )   No. 17-1059
                               )
    v.                         )
                               )
UNITED STATES NUCLEAR          )
REGULATORY COMMISSION and the  )
UNITED STATES OF AMERICA,      )
                               )
        Respondents.           )
_____)

## PETITION FOR REVIEW

Pursuant to 42 U.S.C. § 2239, the Hobbs Act, 28 U.S.C. §§ 2341-2351, and Federal and D.C. Circuit Rule 15, notice is hereby given this 21st day of February, 2017, that Petitioner Oglala Sioux Tribe, through undersigned counsel, hereby Petitions the United States Court of Appeals for the District of Columbia Circuit for review of:

1. The United States Nuclear Regulatory Commission's ("Commission") January, 2014 Final Environmental Impact Statement ("EIS") for the Dewey-Burdock In-Situ Recovery Project in Custer and Fall River Counties, South Dakota (Attachment 1) (Excerpt);

2. The Commission's April 8, 2014 Record of Decision ("ROD") for the Dewey-Burdock Uranium In-Situ Recovery Project (Attachment 2);

3. The Commission's April 8, 2014 Materials License No. SUA-1600, Docket No. 040-09075, to Powertech (USA) Inc. (Apr. 8, 2014) (Attachment 3); and

4. The Commission's December 23, 2016 Memorandum and Order in *In the Matter of Powertech (USA), Inc.* (Dewey-Burdock In Situ Uranium Recovery Facility), Docket No. 40-9075-MLA, CLI-16-20 (December 23, 2016) (Attachment 4).

The Final EIS, ROD, Memorandum and Order, and Materials License violate the Administrative Procedure Act, 5 U.S.C. § 706, the National Environmental Policy Act, 42 U.S.C. §§ 4321, *et seq.*, the National Historic Preservation Act, 16 U.S.C. §§ 470, *et seq.*, the Atomic Energy Act, 42 U.S.C. §§ 2011 *et seq.*, and implementing regulations.

Respectfully submitted,

/s/ Jeffrey C. Parsons
Jeffrey C. Parsons
Western Mining Action Project

P.O. Box 349
440 Main Street, Ste. 2
Lyons, CO 80540
303-823-5738
(fax) 303-823-5732

[wmap@igc.org](mailto:wmap@igc.org)

*Counsel for Oglala Sioux Tribe*

Filed this 21st day of February, 2017

# **CERTIFICATE OF SERVICE**

I, Jeffrey C. Parsons, hereby certify that I caused a true and correct copy of Petitioner's Petition for Review to be served by U.S. mail on the following this 21st day of February, 2017:

United States Nuclear Regulatory Commission, Office of the General Counsel
Mail Stop: O-15 D21
Washington, D.C. 20555

Hon. Annette Vietti-Cook, Secretary, United States NRC
11555 Rockville Pike
Rockville, MD 20852-2738

Hon. Jeff B. Sessions, Attorney General, U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Emily Montieth
Office of the General Counsel
U.S. Nuclear Regulatory Commission
Mail Stop O-15 D21
Washington, DC 20555-00

Anthony J. Thompson, Esq.
Christopher S. Pugsley, Esq.
Thompson & Pugsley, PLLC
1225 19th Street, NW, Suite 300
Washington, DC 20036

*/s/ Jeffrey C. Parsons*
Jeffrey C. Parsons